996 F.2d 1210
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Gary D. BUCKOM, Plaintiff-Appellant,
v.
Samuel T. CURRIN; Donald Jacobs; C. Branson Vickory, III,
Defendants-Appellees.
 No. 93-6275.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: June 7, 1993.
Decided: June 24, 1993.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-92-97-5)
 Gary D. Buckom, Appellant Pro Se.
 Jacob Leonard Safron, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.
 E.D.N.C.
 AFFIRMED.
 Before HALL, WILKINSON, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Gary D. Buckom appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Buckom v. Currin, No. CA-92-97-5 (E.D.N.C. Jan. 19, 1993).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 Though the district court granted Buckom in forma pauperis status, he has filed a motion with this Court seeking that status. We grant the motion to alleviate any confusion in the record